AXB
F. #2018R01646

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USERNAME
"RICH RAH ODE,"
WWW.FACEBOOK.COM/RICHRAH1080P,
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK, INC.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

18-MJ-01227

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Anthony Bagnuola, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated: Brooklyn, New York
February 27, 2019

/s/ SLT
_____
HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK